**DISMISS and Opinion Filed August 10, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00494-CV

**PARADISE LAYEGH, Appellant**

**V.**

**STONEBRIDGE RANCH COMMUNITY ASSOCIATION, INC., Appellee**

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-04491-2014**

## MEMORANDUM OPINION

Before Justices Bridges, Lang, and Schenck
Opinion by Justice Bridges

This is an appeal from a trial court's order granting, pursuant to Texas Rule of Civil Procedure 736.7, the application for expedited foreclosure by default. *See* TEX. R. CIV. P. 736.7. Appellee has filed a motion to dismiss the appeal for want of jurisdiction. Appellee contends the appealed order is not subject to appeal. *See* TEX. R. CIV. P. 736.8(c). Though given time to respond to appellee's motion, appellant has failed to do so.

Rule 736.8(c) provides that an order granting an application for an expedited order allowing foreclosure is not subject to appeal and that any challenge to a Rule 736 order must be made in a suit filed in a separate, original proceeding. *See id.* Because appellant challenges an

unappealable order, we grant the motion and dismiss the appeal for want of jurisdiction. *See*

TEX. R. APP. P. 42.3(a).


150494F.P05

/David L. Bridges/

DAVID L. BRIDGES
JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

PARADISE LAYEGH, Appellant

No. 05-15-00494-CV       V.

STONEBRIDGE RANCH COMMUNITY
ASSOCIATION, INC., Appellee

On Appeal from the 219th Judicial District
Court, Collin County, Texas.
Trial Court Cause No. 219-04491-2014.
Opinion delivered by Justice Bridges.
Justices Lang and Schenck participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee STONEBRIDGE RANCH COMMUNITY ASSOCIATION, INC., recover its costs of this appeal from appellant PARADISE LAYEGH.

Judgment entered August 10, 2015.